11 CIV. 9610

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_MR. KEVIN WALKER_

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

_See Attached 1-A_

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

2011 DEC 27 PM 4:03

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name _MR. KEVIN WALKER_
             ID # _241 1107692_
             Current Institution _MDC_
             Address _125 WHITE STREET_
                     _NEW YORK, NY. 10013_

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2007                          1

MR. KEVIN WALKER

- AGAINST -

RAYMOND KELLY, COMMISSIONER NYPD (NEW YORK POLICE DEPARTMENT)
CAPTAIN JOHN/JANE DOE, BXACU (BRONX ANTI-CRIME UNIT) NYPD
L.T. JOHN/JANE DOE   BXACU NYPD
JOSEPH STYNES, BXACU NYPD
JOHN DOE, BXACU NYPD (JOSEPH STYNES PARTNER)
JOHN DOE, BXACU NYPD (RESPONDED TO SCENE)
JOHN DOE, BXACU NYPD (RESPONDED TO SCENE)
JOHN DOE, BXACU NYPD (RESPONDED TO SCENE)
JOHN DOE, BXACU NYPD (RESPONDED TO SCENE)
JOHN DOE, BXACU NYPD (RESPONDED TO SCENE)
JOHN DOE, BXACU NYPD (RESPONDED TO SCENE)
JOHN DOE, BXACU NYPD (RESPONDED TO SCENE)
JOHN DOE, BXACU NYPD (RESPONDED TO SCENE) & (TOOK PERSONAL PICTURES OF PLAINTIFF)

1-A

Defendant No. 1   Name RAYMOND KELLY, COMMISSIONER Shield #_____
Where Currently Employed 1 POLICE PLAZA
Address 1 POLICE PLAZA
NY. NY. 10038

Defendant No. 2   Name CAPTAIN JOHN/JANE DOE, BXACU Shield #_____
Where Currently Employed 48th PCT.
Address 450 CROSS BRONX EXPY.
BRONX NY. 10457

Defendant No. 3   Name LT. JOHN/JANE DOE, BXACU Shield #_____
Where Currently Employed 48th PCT.
Address 450 CROSS BRONX EXPY.
BRONX NY. 10457

Defendant No. 4   Name JOSEPH STYNES, BXACU Shield #_____
Where Currently Employed 48th PCT.
Address 450 CROSS BRONX EXPY.
BRONX NY. 10457

Defendant No. 5   Name JOHN DOE, BXACU (JOSEPH STYNES PARTNER) Shield #_____
Where Currently Employed 48th
Address 450 CROSS BRONX EXPY.
BRONX NY. 10457

See Attached 2-A

## II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? NO INSTITUTION, IT HAPPEN AT 906 EAST 178th STREET, BRONX NY.

B. Where in the institution did the events giving rise to your claim(s) occur? NO INSTITUTION, IT HAPPEN WHILE PARKED IN FRONT OF 906 EAST 178th STREET, BRONX NY.

C. What date and approximate time did the events giving rise to your claim(s) occur? AUGUST 9. 2011, AROUND 12:30 AM

Defendant No. 6
Name: JOHN DOE, BXACU          Shield #
Where Currently Employed: 48th PCT
Address: 450 CROSS BRONX EXPY
BRONX NY, 10457

Defendant No. 7
Name: JOHN DOE, BXACU          Shield #
Where Currently Employed: 48th PCT
Address: 450 CROSS BRONX EXPY.
BRONX NY, 10457

Defendant No. 8
Name: JOHN DOE, BXACU          Shield #
Where Currently Employed: 48th PCT
Address: 450 CROSS BRONX EXPY
BRONX NY, 10457

Defendant No. 9
Name: JOHN DOE, BXACU          Shield #
Where Currently Employed: 48th PCT
Address: 450 CROSS BRONX EXPY
BRONX NY, 10457

Defendant No. 10
Name: JOHN DOE, BXACU          Shield #
Where Currently Employed: 48th PCT
Address: 450 CROSS BRONX EXPY
BRONX NY, 10457

2-A

Defendant No. /1   Name JOHN DOE, BXACU
                   Where Currently Employed  48th PCT                    Shield # _____
                   Address   450 CROSS BRONX EXPY
                             BRONX, NY, 10457

Defendant No. /2   Name JOHN DOE, BXACU
                   Where Currently Employed  48th PCT                    Shield # _____
                   Address   450 CROSS BRONX EXPY
                             BRONX NY 10457

Defendant No. /3   Name JOHN DOE, BXACU (TAKEN PERSONAL PICTURES
                   Where Currently Employed  48th PCT                    Shield # OF PLAINTIFF)
                   Address   450 CROSS BRONX EXPY
                             BRONX NY 10457

Defendant No. /4   Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. /5   Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

2-A

D. **Facts:** *(What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?)*

On or about August 9, 2011, around 12:30am I was sitting in the drivers seat of a white Ford Expedition, in front of 906 East 178 St, Bronx NY. While waiting for some friends to exist the building, one of which lives in the building, I was texting on my cellphone and was approached by two white males with there hands on there guns, banging on the window for me to roll the window down. After a couple of bangs I opened the window half way and defendant Joseph Styne or his partner John Doe started questioning me about being parked in the area. I informed them that I was waiting for some friends to come out of the building (906 East 178th Street) after I stated that I was asked the same question again and gave the same response. I was then asked my name and where I live. I responded Kevin Walker and I live in Harlem, I then asked Defendant Joseph Styne or his partner John Doe, what did I do wrong? He stated nothing, so I rolled the window up, and Joseph Styne or his partner (which ever one was at the drivers side window) GRABBED THE WINDOW while it was going up, and ordered me to roll the window down

III. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

VIOLATIONS OF MY U.S CONSTITUTIONAL RIGHTS, PAIN AND SUFFERING, EMOTIONAL DISTRESS, HUMILIATION

IV. **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____  No ✓

Rev. 05/2007                                    3

D. Facts:

> What happened to you?

> Who did what?

> Was anyone else involved?

> Who else saw what happened?

Now, and reached his hands in the vehicle and pressed the unlock button for the doors to open and then continued to roll the window down, while his partner opened the passenger side door and rolled his side window down. Plaintiff then asked whats all this for if I didnt do anything wrong. Joseph Styne or his partner John Doe stated I want to ask you a few more questions. Plaintiff stated for what, what did I do wrong, you not telling me if I did something wrong? At this time the Defendant on the passenger side of the vehicle stated the keys, referring to the keys being in the ignition. Defendant on the drivers side stated take the keys out the ignition and hand them to me. Plaintiff stated for what? why am I handing you the keys, your not even telling me if I did anything wrong. Defendant stated sir, I'm not going to ask you again - hand me the keys. Plaintiff then hands Defendant the keys to the vehicle which Defendant places on top of the roof of the vehicle.

Defendant then ask me do I have a license and registration and proof of insurance, Plaintiff stated yes, I have a license and the registration and insurance card is in the owners name. Defendant stated this is not your vehicle? Plaintiff stated no, but I have permission to have the vehicle. Defendant asked from who? Plaintiff stated the owner. while all of the questioning is going on Defendant who is on the passenger side is hanging inside of the vehicle (body from waist up is inside the window) the same Defendant told me to put my cellphone down where he can see it, and plaintiff placed it on the dashboard. Then Driver side Defendant told me to get my license out. I let him know that it was in my front pants pocket and was it alright for me to retrieve it. Defendant stated yes. Plaintiff went in his pants pocket to retrieve his license from his wallet, while being carefully watched by Defendants partner on the passenger side. Once Plaintiff handed Defendant his license, Defendant read it and stated "your a fucking liar" "you lied to me". Plaintiff stated I never lied to you, what am I lying about. Defendant stated you said you lived in Harlem, your license states you live in Brooklyn. Plaintiff stated "I never lied to you

D. Facts:

*[Margin labels: What happened to you? | Who did what? | Was anyone else involved? | Who else saw what happened?]*

About Nothing. Me and my wife had an apartment in Brooklyn but we no longer live there, I just forgot to go to DMV to change the address thats all, I never lied to you. Defendant stated so where do you live in Harlem Plaintiff stated 3150 Broadway. Defendant stated let me see the registration and insurance card. Plaintiff went back in his pants pocket to retrieve the items requested and handed it Defendant, who stated who is this person I stated a friend, whats his name? I stated Warren Betha where do he live? I stated 10 Garfield Pl, he stated do he knows you have his vehicle? I stated yes, if you want to we can call him? Defendant stated that wont be necessary.

At this time I asked again why am I being detained? what did I do wrong? Defendant states nothing yet. Now while his partner is questioning me Defendant on the passenger side is inspecting the vehicle looking over the seats and asked me when he saw some bags in the back of the vehicle, whats in the bags. Plaintiff stated clothes, socks, sneakers, underwears, basically a change of clothes. Defendant stated aint no guns or drugs in the bag is it? Plaintiff stated no! Plaintiff then asked again what did I do wrong that we are going through all this. Yall still havent told me nothing. Both defendants looked at each other, and then the defendant on the driver side stated let me pat-frisk you and if you dont have a gun or nothing illegal on you, you can go. Plaintiff stated are you serious? why what I did wrong, if I did something. Defendant stated if you dont have nothing to hide then let me frisk you and open the driver side door and grabbed my arm to assist me out of the vehicle, Plaintiff stated this is some bullshit. I was told to spread my legs and put my hands on top of the roof, and then Defendant asked me again, before I search you, you dont have nothing I should know about, now is the time to tell me? I stated no, and then he began searching me when he got down to my waist he placed his thumbs between my pants and underwear and ran his hand all the way across my waist line, then when he patted

D. Facts:

*What happened to you?*

My pants pocket, I had my wallet keys and some loose change in my front pants pockets which Defendant placed his hands inside my pocket and pull the contents out. That was done with both pockets as well as the back pockets. Then while searching me another police vehicle pulls up, and almost simultaneously two other police vehicles pull up, one

*Who did what?*

parks directly behind the vehicle, and the other parks behind the first car (officer) that came. It's a total of 5 vehicle and about 10 officers. After being pat down I though I was going back into the vehicle

*Was anyone else involved?*

but the Defendant and two other Defendants (John Does) grabbed Plaintiff and directed me to the back of the vehicle which I resisted and was forcefully taken to the back of the vehicle. PLAINTIFF then stated to Joseph Styne or his partner John Doe, I'm not giving you permission to search the vehicle, Defendants

*Who else saw what happened?*

all stated "We don't need your permission!" If aint no guns or drugs in the vehicle you can go! Plaintiff was then taken to the back of vehicle and place on the bumper and surrounded by 5-6 officers while Joseph Styne and his partner John Doe searched the front and back seat of the vehicle. At this time petitioner stated again I'm not consenting to this search! Now, while the search is forthgoing Joseph Styne or his partner asked who money is this. Plaintiff stated mines, I plan on purchasing a vehicle in the morning. Defendant asked how much is it? Plaintiff stated about $7000. Defendant continued to search the vehicle then about 2-3 minutes later said something and all the police officer converged on me and grabbed me and hang cuffed me and placed me in the patrol car.

While in patrol car Joseph Styne and his partner got in the vehicle and told one of the John Does to drive the vehicle to the precient, Once at the precient the 45th pct. I was processed and placed in a holding cell. Plaintiff asked Joseph Styne and his partner vochers for my money and property as well as voucher for the vehicle. I was told I'll get it later and put in the pen. Around 2-3 o'clock in the morning I was told that someone was here to pick up my

D.   Facts:

*[Margin labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]*

PROPERTY. I SHOWED AN ID. OF A FEMALE FRIEND WHO I TOLD JOSEPH STYNE OR HIS PARTNER JOHN DOE NOT TO RELEASE NONE OF MY PROPERTY TO NO ONE BUT MY WIFE, MOTHER OR OWNER OF VEHICLE, DEFENDANT STATED OKAY AND LEFT. ABOUT 1 Hour or SO LATER JOHN DOE TAKES (6) PERSONAL PICTURES OF ME FOR HIM AND HIS PARTNERS (BXACU) PERSONAL FOLDER. AROUND 8-830 THAT MORNING I WAS TRANSFERED TO Central Bookings BY TWO (2) JOHN DOES, WHO I REPEATEDLY ASKED FOR All MY VOCHERS AND WAS DENIED, I WAS TOLD "JU will GET IT IN COURT, WHICH IS NOT PROCEDURE. NOW, THE 5-6 JOHN DOE'S WHO SURROUNDED ME AT THE BACK OF THE VEHICLE AND HELD ME FROM MOVING WHILE JOSEPH STYNE AND HIS PARTNER SEARCHED MY VEHICLE WHILE I REPEATEDLY STATED "IM NOT CONSENTING TO NO SEARCH OF THE VEHICLE, HELP ASSIST IN VIOLATING MY CONSTITUTIONAL RIGHTS, EACH One OF THESE INDIVIDUALS Help ASSIST IN AN UNREASONABLE SEARCH AND SEIZURE, ABUSE OF process, FALSE ARREST, THEFT. Commissioner Kelly, CAPTAIN JOHN/JANE DOE, LIEUTENANT JOHN/JANE DOE WHO ORDERS THE NYPD TO BE HELD ACCOUNTABLE OF THE NUMBERS AND QUATO'S WHICH THEY ARE TRAINING THEM (NYPD) TO MAKE ARREST RATHER ITS LEGAL OR NOT AND THEN FABRICATE THE PAPERWORK AND TESTIMONIES TO REFLECT THAT All CONSTITUTIONAL RIGHTS HAVE BEEN RESPECTED

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ✓   Do Not Know ___

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? **CCRB, Commissioner Raymond Kelly, NYPD**

1. Which claim(s) in this complaint did you grieve? **VIOLATION OF MY CONSTITUTIONAL RIGHTS, UNREASONABLE SEARCH & SEIZURE, THEFT etc.**

2. What was the result, if any? **NO RESPONSE**

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____
_____
_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you

Rev. 05/2007                                    4

informed, when and how, and their response, if any: _____
_____
_____
_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____
_____
_____
_____
_____
_____
_____

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). COURT TO ORDER THE NYPD TO PLACE IN ALL OF THERE VEHICLES CAMERAS THAT WILL BE ABLE TO FILM ALL "TRAFFIC & STOP AND FRISK" ENCOUNTERS. THE OFFICERS WHO ARE ON THE "BEAT" (STREETWALKERS) TO HAVE DIGITAL VOICE RECORDERS, FOR NYPD 10 OFFICERS (BXACU) WHO PARTICIPATED IN THIS UNREASONABLE SEARCH & SEIZURE, THEFT TO RETURN PLAINTIFF'S $7000, THAT WAS REMOVED FROM A PAIR OF BLUE CARGO SHORTS POCKET THAT WAS ON THE BACK SEAT. ALSO TO PAY MONETARY COMPENSATION OF 1.5 MILLION FOR EACH DEFENDANT WHO HELP ASSIST IN VIOLATING PLAINTIFFS U.S. CONSTITUTIONAL RIGHTS

*Rev. 05/2007*

5

VI.  **Previous lawsuits:**

[On these claims]

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending?  Yes ___  No ___
    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓   No ___

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff  Kevin Walker

Defendants  NYC DOC Commissioner et. al.,

2.  Court (if federal court, name the district; if state court, name the county) Southern District

3.  Docket or Index number _____

4.  Name of Judge assigned to your case  Honorable William H. Pauley III

5.  Approximate date of filing lawsuit  Around 2008

6.  Is the case still pending?  Yes ___  No ✓
    If NO, give the approximate date of disposition _____

*Rev. 05/2007*

6

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __Settlement__

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __7__ day of __October__, 20__11__.

Signature of Plaintiff __Mr. Kevin Walker__
Inmate Number __241107692__
Institution Address __MDC__
__125 White Street__
__NY. NY. 10013__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __7__ day of __October__, 20__11__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: __Mr. Kevin Walker__

*Rev. 05/2007*

7

**CCRB Complaint Form- Cut out, Seal and Send**

| FOR CCRB PURPOSE / PERSONNEL ONLY |
|---|
| Investigator: _____ Team #: _____ Date & Time: _____ |

If you would like to file a complaint against a member of the New York City Police Department, please answer the questions below. Anyone seeking redress for police misconduct, whether or not that person is a victim or witness to an incident can file a complaint. You need not be a US citizen or a New York City resident. The CCRB accepts complaints in any language and anonymous complaints.

Date and Time of the Incident: **AUG. 9th. 2011, AROUND 12:30 AM**

Location of Incident (include Borough and Precinct): **906 EAST 178th St. Bronx NY. 48th pct.**

Your Name (first and last name): **KEVIN WALKER**

Address: **3150 BROADWAY APT #19D**

Home Phone: [redacted]  Business Phone: **N/A**

Alternate Phone and/or e-mail address: _____

Victim's Full Name (victim may be yourself): **KEVIN WALKER**

Victim's Address: **3150 BROADWAY APT #19D**

Home Phone: [redacted]  Business Phone: **N/A**

Alternate Phone or e-mail address: _____

Witness's Full Name: **Its (2), but MY LAWYER HAS THERE NAMES**

Witness's Address: **906 EAST 178th St.**

Police Officer Information: If you have none of the information requested below about any of the police officers involved, please provide a description of each officer (height, weight, race, sex, etc).

| Officer's Name | Precinct | Rank | Shield # | Tax # | RMP |
|---|---|---|---|---|---|
| JOSEPH STYNE | 48th | OFFICER | | | |
| (9) JOHN DOE'S INCLUDING OFFICER STYNES PARTNER All FROM 48th PCT. | | | | | |

A description of the conduct you believe is misconduct, with as many details as the space provides:

**UNREASONABLE SEARCH AND SEIZURE, THEFT, RACIAL PROFILING, AND DISCRIMINATION, HUMILIATION, ABUSE OF STOP AND FRISK ORDER, ABUSE OF POWER. ON AUG. 9. 2011, AROUND 12:30 AM, I WAS SITTING BEHIND THE STEERING WHEEL OF A WHITE FORD EXPIDETION ON THE CELLPHONE TEXTING, WHEN I WAS APPROACHED BY TWO WHITE MALES, WITH THERE HANDS ON GUNS, WHICH LEAD ME TO BELIEVE THEY** SEE ATTACHED

Signature: *Kevin Walker*   Date: **Oct. 4, 2011**

POLICE OFFICERS, they STARTED BANGING ON the WINDOW FOR me to roll the WINDOW DOWN, AFTER A Couple OF BANGS I opened the window half way And Joseph Styne OR His PARTNER Started questioning me about being parked in the area. I TOLD the OFFICER why I WAS PARKED IN the AREA, And Who I was going to See in the building that I was parked in Front OF. The OFFICER Repeatedly Asked the Same question Which I gave the Same answers then he asked me For my name and where I Live, I TOLD Him my name and that I Live in HARLEM. I then ASKED the OFFICER What DID I DO WRONG? He SAID NOTHING So I Rolled the WINDOW UP, while Rolling the window up the OFFICER GRABBED the WINDOW and forced it back DOWN and stuck his hand in the vehicle and PRESSED the unlock Button which Allowed His PARTNER to Open the passenger side DOOR AND Roll the window DOWN while the OFFICER on the DRIVERS SIDE DID the SAME.

    To Sum it all up, I WAS DOING absolutely nothing wrong sitting in a vehicle waiting for Some FRIENDS to come out the building, which one OF them lived, and texting on the phone, and I WAS HARRASSED, Searched and

the vehicle searched and allegedly a weapon was recovered. After I repeatedly told all the officers that I DO NOT CONSENT to A Pat-Frisk, BUT WAS Basically Forced to participate. I was subdued by 5-6 officers to Allow the officers to Search the vehicle, Also, my money mysteriously no where to be Found ($7000). That sums up the events somewhat.

Sincerly

CC: File

Mr. Kevin Walker
#241110769

Commissioner Kelly,

I'm writing you in reference to an illegal/false arrest that happen with members of your police force (BxACU). It is to my understanding that the stop and frisk is being mandated from your office, and all officers are being held accountable for the low numbers, so stop and frisk becomes the vehicle to address the low numbers. Mr. Kelly, what happens to a civilians U.S Constitutional Rights under the 4th Amendment, to be free of unreasonable search and seizures.

Whenever, you make people accountable of numbers and Quota's there will always be some type of corruption within the department, blantant disregard for people's rights under the U.S Constitution.

Now, On Aug 9, 2011 around 12:30AM I became a victim of this blantant disregard for my constitutional rights, because your officers are under pressure and feel the need to do whatever to make an arrest and meet the number accountable/quota's that you mandate.

While sitting in a vehicle at 906 East 178th St. Bronx N.Y. Texting, Doing nothing else

but texting, I was subjected to the full disregard of not only proper police policy and procedures, but a disregard for the U.S. Constitutional Rights, plus U.S. Supreme Court case law that spells out the procedures through Debour/Terry. I was questioned, when given the response to the questions, I was questioned more, I gave my license and the Registration and Insurance card to the officers, I was force to continue to be questioned. at one point I rolled my window up cause I asked the officer did I do anything wrong and he responded no, so I rolled my window up and he forcefully rolled it down and unlocked the doors for his partner I was forced to be pat-frisked and I refused to consent to a full blown search especially since no probable cause existed at all. Its a know fact that Anti-Crime Unit period follow its own procedures in searching vehicles and people. I'm asking that you investigate the events that happen on Aug 9. 2011, at 12:30 By BXACU. Thank you. Also investigate where is my money $7000, that was taken. Thank you.

Sincerely,
M/S Kevin Walker
2411107692

CC: File
Dated: Oct. 5. 2011