United States District Court
Southern District of New York

MR. KEVIN WALKER,

              PLAINTIFF

AMENDED
COMPLAINT
CIVIL RIGHT ACT 42 USC 198

- AGAINST -

JURY TRIAL ☑ YES

RAYMOND KELLY, COMMISSIONER NYPD      11 OV 9610 (RWS)
CAPTAIN CSAKANY,
LIEUTENANT KIVIEHAN
SERGEANT KNOWD
OFFICER JOSEPH STYNES
OFFICER ASSADE
OFFICER MAUDSLEY
OFFICER O'DOYLE
OFFICER RAPP
OFFICER SCANLON
OFFICER SICILIANO
OFFICER McCARTHY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED #: 9/28/12

RECEIVED PRO SE OFFICE
2012 SEP 28 P 3: 23

I. PARTIES IN THIS COMPLAINT:

A. PLAINTIFF:    MR. KEVIN WALKER
                # 2411107692
                1 HALLECK STREET
                BRONX NY. 10474

B. DEFENDANTS:    1. RAYMOND KELLY, COMMISSIONER
                     1 POLICE PLAZA
                     NEW YORK. NY. 10038

                  2. CAPTAIN CSAKANY, BXACU 48th PCT.
                     450 CROSS BRONX EXPRESSWAY
                     BRONX NY 10457

                  3. LIEUTENANT KIVLEHAN, BXACU 48th PCT.
                     450 CROSS BRONX EXPRESSWAY
                     BRONX NY. 10457

                  4. SERGEANT KNOWD, BXACU 48th PCT.
                     SHIELD # 4156
                     450 CROSS BRONX EXPRESSWAY
                     BRONX NY. 10457

                  5. OFFICER JOSEPH STYNES, BXACU 48th PCT.
                     SHIELD # 20088
                     450 BRONX EXPRESSWAY (CROSS)
                     BRONX NY 10457

                  6. OFFICER ASSADE, BXACU 48th PCT
                     SHIELD # 14020
                     450 CROSS BRONX EXPRESSWAY
                     BRONX NY. 10457

7. OFFICER MAUDSLEY, BXACU 48th PCT
   SHIELD # 4230
   AVIATION UNIT, FLOYD BENNETT FIELD
   COAST GUARD AIR STATION
   BROOKLYN NY 11234

8. OFFICER O'DOYLE, BXACU 48th PCT
   SHIELD # 707
   450 CROSS BRONX EXPRESSWAY
   BRONX NY 10457

9. OFFICER RAPP, BXACU 48th PCT.
   SHIELD # 22508
   450 CROSS BRONX EXPRESSWAY
   BRONX NY 10457

10. OFFICER SCANLON, BXACU 48th PCT
    SHIELD # 103
    450 CROSS BRONX EXPRESSWAY
    BRONX NY 10457

11. OFFICER SICILIANO, BXACU 48th PCT.
    SHIELD # 5028
    450 CROSS BRONX EXPRESSWAY
    BRONX NY 10457

12. OFFICER MCCARTHY, BX ACU 48th PCT
— ADDRESS UNKNOWN—

II. STATEMENT OF CLAIM:

A. IT HAPPEN IN FRONT OF 906 EAST 178th STREET
BRONX NY, WHILE SITTING IN A WHITE FORD
EXPEDITION.

B. THE VEHICLE WAS PARKED IN FRONT OF
906 EAST 178th STREET, BRONX NY.

C. IT HAPPENED ON AUGUST 9. 2011, AROUND 1:00AM

D. FACTS:

ON OR ABOUT AUGUST 9. 2011, I WAS SITTING IN
THE DRIVERS SEAT OF A PARKED WHITE FORD EXPEDITION
IN FRONT OF 906 EAST 178th ST. BRONX NY., WHILE WAITING
FOR SOME FRIENDS TO EXIST THE BUILDING, ONE OF WHICH
LIVES IN THE BUILDING. I WAS TEXTING ON MY CELLPHONE AND
WAS APPROACHED BY TWO(2) WHITE MALES WITH THERE HANDS
ON THEIR GUNS, BANGING ON THE WINDOW FOR ME TO ROLL THE
WINDOW DOWN, AFTER A COUPLE OF BANGS I OPENED THE WINDOW
HALFWAY AND DEFENDANT LIEUTENANT KIVLEHAN OR HIS PARTNER
JOSEPH STYNE STARTED QUESTIONING PLAINTIFF ABOUT BEING PARKED
IN THE AREA. PLAINTIFF INFORMED THEM THAT HE WAS WAITING
FOR SOME FRIENDS TO COME OUT OF THE BUILDING (906 EAST

178th STREET) AFTER I STATED THAT, I WAS ASKED THE SAME QUESTION AGAIN AND GAVE THE SAME RESPONSE. PLAINTIFF WAS THEN ASKED HIS NAME AND WHERE HE LIVES. PLAINTIFF RESPONDED KEVIN WALKER, AND I LIVE IN HARLEM. PLAINTIFF THEN ASKED DEFENDANT LIEUTENANT KIVLEHAN OR JOSEPH STYNE WHAT DID I DO WRONG? THE DEFENDANT STATED NOTHING. SO, PLAINTIFF ROLLED THE DRIVER SIDE WINDOW UP, AND DEFENDANT LIEUTENANT KIVLEHAN OR JOSEPH STYNE (WHICH EVER DEFENDANT WAS ON THE DRIVERS SIDE, THE OTHER DEFENDANT RAN AROUND TO THE PASSENGER SIDE) THE DEFENDANT ON THE DRIVERS SIDE LIEUTENANT KIVLEHAN OR JOSEPH STYNE GRABBED THE WINDOW WHILE IT WAS GOING UP, AND ORDERED PLAINTIFF TO ROLL THE WINDOW DOWN NOW! THEN REPEATED THE ORDER FOR PLAINTIFF TO ROLL THE WINDOW DOWN NOW! PLAINTIFF PRESSED THE BUTTON FOR THE WINDOW TO GO BACK DOWN AND WHILE THE WINDOW WAS GOING DOWN DEFENDANT LIEUTENANT KIVLEHAN OR JOSEPH STYNE REACHED HIS HAND IN THE VEHICLE AND PRESSED THE UNLOCK BUTTON FOR THE DOORS TO OPEN AND THEN PRESSED THE BUTTON TO MAKE THE WINDOWS GO DOWN. THEN THE DEFENDANT ON THE PASSENGER SIDE OPENED THE PASSENGER SIDE DOOR AND ROLLED HIS (PASSENGER SIDE) WINDOW DOWN, WHILE STICKING HIS HEAD INSIDE THE VEHICLE PASSENGER SIDE TO LOOK AROUND THE FRONT PASSENGER SIDE FLOOR. PLAINTIFF THEN ASKED THE DEFENDANTS "WHAT IS ALL THIS FOR, IF I DIDNT DO ANYTHING WRONG"? DEFENDANT LIEUTENANT KIVLEHAN OR JOSEPH STYNE STATED "I WANT TO ASK YOU A FEW MORE QUESTIONS".

PLAINTIFF STATED " FOR WHAT" "WHAT DID I DO WRONG"?
"YOU NOT TELLING ME IF I DID SOMETHING WRONG"? DEFENDANT
LIEUTENANT KULEHAN OR JOSEPH STYNE (WHOEVER WAS ON THE
DRIVERS SIDE) STATED "YOU DID NOTHING WRONG YET". AT THE SAME
TIME DEFENDANT LIEUTENANT KULEHAN OR JOSEPH STYNE (WHICH
EVER ONE WAS ON THE PASSENGER SIDE) STATED " KEYS", REFER-
RING TO THE "KEYS" BEING IN THE IGNITION. DEFENDANT ON
DRIVERS SIDE STATED "TAKE THE KEYS OUT THE IGNITION AND
HAND THEM TO ME. PLAINTIFF STATED " FOR WHAT? "WHY AM
I HANDING YOU THE KEYS? YOUR NOT EVEN TELLING ME IF
I DID ANYTHING WRONG". DEFENDANT (DRIVERS SIDE) STATED " SIR,
I'M NOT GOING TO ASK YOU AGAIN; HAND ME THE KEYS. WHILE
PLAINTIFF WAS REACHING FOR THE KEYS, DEFENDANT ON THE PASSEN-
GER SIDE LEANED HIS WHOLE UPPER BODY INSIDE THE VEHICLE TO REACH
FOR THE KEYS. PLAINTIFF HANDS DEFENDANT (DRIVERS SIDE) THE KEYS
TO THE VEHICLE, WHICH DEFENDANT (DRIVERS SIDE) PLACES KEYS ON
TOP OF THE ROOF OF THE VEHICLE. DEFENDANT ON THE PASSENGER
SIDE STAYED WITH HIS WHOLE UPPER BODY ENCROACHED INSIDE THE
VEHICLE. .

THEN DEFENDANT ON PASSENGER SIDE ASKED PLAINTIFF TO
TAKE HIS BLUETOOTH EAR PIECE OUT OF HIS EAR, AND TO PUT HIS
CELLPHONE DOWN. PLAINTIFF PLACED HIS HEADPHONES (EAR PIECE)
DOWN AND THEN PLACED HIS CELLPHONE ON THE DASH BOARD.
DEFENDANT ON (DRIVERS SIDE) STATED " DO YOU HAVE LICENSE AND
REGISTRATION AND PROOF OF INSURANCE"? PLAINTIFF STATED "YES",
" I HAVE A LICENSE, REGISTRATION AND INSURANCE IS IN THE OWNERS

NAME. DEFENDANT ON (DRIVER SIDE) STATED "THIS IS NOT YOUR VEHICLE"? PLAINTIFF STATED "NO", but I HAVE PERMISSION TO HAVE THE VEHICLE. DEFENDANT ON (DRIVER SIDE) STATED "FROM WHO"? PLAINTIFF STATED "THE OWNER". DEFENDANT TOLD ME TO GET MY LICENSE OUT, PLAINTIFF LET HIM KNOW THAT IT WAS IN MY FRONT PANTS POCKET AND WAS IT ALRIGHT FOR ME TO RETRIEVE IT? DEFENDANT (DRIVER SIDE) STATED "YES". PLAINTIFF WENT INTO HIS PANTS POCKETS TO RETRIEVE HIS LICENSE FROM HIS WALLET, WHILE BEING CAREFULLY WATCH BY DEFENDANT (PASSENGER SIDE). ONCE PLAINTIFF HANDED DEFENDANT (DRIVER SIDE) HIS LICENSE, DEFENDANT READ IT AND STATED "YOUR A FUCKING LIAR" "YOU LIED TO ME"? PLAINTIFF STATED "I NEVER LIED TO YOU, WHAT AM I LYING ABOUT"? DEFENDANT (DRIVER SIDE) STATED "YOU SAID YOU LIVED IN HARLEM"? "YOUR LICENSE STATES YOU LIVE IN BROOKLYN". PLAINTIFF STATED "I NEVER LIED TO YOU ABOUT NOTHING, ME AND MY WIFE HAD AN APARTMENT IN BROOKLYN BUT WE NO LONGER LIVE THERE." "I JUST FORGOT TO GO TO DMV TO CHANGE THE ADDRESS THATS ALL, I NEVER LIED TO YOU." DEFENDANT STATED "SO, WHERE DO YOU LIVE IN HARLEM"? PLAINTIFF STATED "3150 BROADWAY." DEFENDANT STATED "LET ME SEE THE REGISTRATION AND INSURANCE CARD." PLAINTIFF ASKED "COULD HE RETRIEVE IT OUT OF HIS WALLET IN HIS PANTS POCKET." ONCE PLAINTIFF HANDED THE REQUESTED MATERIAL. DEFENDANT STATED "WHO IS THIS PERSON" (REFERRING TO THE NAME ON THE INSUR- ANCE CARD AND REGISTRATION). PLAINTIFF STATED "WARREN BETHA". DEFENDANT THEN ASKED "WHERE DO HE LIVE", AND "DO HE KNOWS YOU HAVE HIS VEHICLE"? PLAINTIFF STATED "HE LIVES AT 10 GARFIELD

PLACE, * AND "YES", HE KNOWS I HAVE HIS VEHICLE; HE GAVE ME
PERMISSION TO HAVE IT". "IF YOU WANT TO, WE CAN CALL HIM NOW"?
DEFENDANT STATED "THAT WONT BE NECESSARY".

    AFTER THIS EXCHANGE, PLAINTIFF ASKED DEFENDANT AGAIN
"WHY AM I BEING DETAINED"? AND "WHAT DID I DO WRONG OFFICER"?
DEFENDANT (DRIVERS SIDE) STATED "NOTHING YET"! NOW, DEFENDANT
(PASSENGER SIDE) IS STILL ENCROACHED INSIDE THE WINDOW OF THE
PASSENGER SIDE OF THE VEHICLE, AND IS INSPECTING THE INSIDE OF
THE VEHICLE, LOOKING OVER THE SEATS AND ASKED PLAINTIFF "WHATS
INSIDE THE BAG ON THE BACKSEAT"? PLAINTIFF STATED "CLOTHES (SOCKS,
SNEAKERS, UNDERWEARS, BASICALLY A CHANGE OF CLOTHES). DEFENDANT
(PASSENGER SIDE) STATED "AINT NO GUNS OR DRUGS IN THE BAGS, IS IT"?
PLAINTIFF STATED "NO, ITS A CHANGE OF CLOTHES". PLAINTIFF THEN ASKED
AGAIN "WHAT DID I DO WRONG THAT WE ARE GOING THROUGH ALL OF
THIS"? "YOU HAVENT TOLD ME NOTHING". BOTH DEFENDANTS LOOKED AT
EACH OTHER, AND THEN THE DEFENDANT (DRIVER SIDE) STATED "OKAY,
LET ME PAT-FRISK YOU AND IF YOU DONT HAVE A GUN OR NOTHING
ILLEGAL ON YOU, YOU CAN GO"? PLAINTIFF STATED "ARE YOU SERIOUS"?
"WHY YOU WANT TO FRISK ME AND YOUR NOT EVEN TELLING ME
WHAT I DID WRONG OR IF I DID SOMETHING". "IM NOT CONSENTING
TO NO SEARCH"! DEFENDANT STATED "IF YOU DONT HAVE NOTHING TO
HIDE THEN LET ME FRISK YOU"? PLAINTIFF STATED "IM NOT CONSENTING
TO NO SEARCH, YOU SAID I DIDNT DO ANYTHING WRONG"? DEFENDANT THEN
STATED AGAIN "WHY, WHAT YOU HIDING"? PLAINTIFF STATED "IM NOT HIDING
ANYTHING, THEN LIFT MY SHIRT UP TO SHOW THAT I WASNT HIDING ANYTHING".
AT THIS TIME DEFENDANT (DRIVER SIDE) OPEN THE DOOR AND GRABBED

MY ARM TO FORCEFULLY PULL ME OUT OF THE VEHICLE WITHOUT MY CONSENT. PLAINTIFF STATED "THIS IS SOME BULLSHIT". PLAINTIFF WAS REMOVED FROM THE VEHICLE AND TOLD TO SPREAD MY LEGS AND PUT MY HANDS ON TOP OF ROOF, AND THEN DEFENDANT ASKED ME, "BEFORE I SEARCH YOU, YOU DONT HAVE NOTHING ON YOU I SHOULD KNOW ABOUT"? PLAINTIFF STATED "NO". THEN DEFENDANT (DRIVER SIDE) BEGAN SEARCHING ME. WHEN HE GOT DOWN TO MY WAIST, HE PLACED HIS THUMBS BETWEEN MY PANTS AND UNDERWEAR AND RAN HIS HANDS ALL THE WAY AROUND MY WAISTLINE, THEN HE PATTED MY PANT POCKETS. PLAINTIFF HAD A WALLET, KEYS AND SOME LOOSE CHANGE IN MY FRONT PANTS POCKETS, WHICH DEFENDANT (DRIVER SIDE) PLACED HIS HANDS INSIDE MY POCKETS AND PULL ALL THE CONTENTS OUT. THAT WAS DONE WITH ALL FOUR (4) POCKETS. WHILE SEARCHING PLAINTIFF ANOTHER POLICE VEHICLE PULLS UP, AND JUMPS OUT QUICKLY, BUT WAS TOLD BY DEFENDANT LIEUTENANT KIVLEHAN OR JOSEPH STYNE THAT IT WAS "ROUTINE", AND BOTH DEFENDANTS (SERGEANT KNOWD, OFFICER ASSADE, MAUDSLEY, O'DOYLE, RAPP, SCANLON, SICILIAN OR McCARTHY) (WHOEVER WAS IN FIRST VEHICLE) KIND OF SLOWED DOWN. AND SIMULTANEOUSLY TWO (2) MORE POLICE VEHICLES PULLS UP, THEN ANOTHER ONE, ITS A TOTAL OF ABOUT FOUR (4) ADDITIONAL POLICE VEHICLES BESIDES THE INITIAL POLICE VEHICLE THAT HAD DEFENDANTS LIEUTENANT KIVLEHAN AND JOSEPH STYNE.

AFTER THE PAT-FRISK, PLAINTIFF THOUGH HE WAS GETTING BACK INTO THE VEHICLE, BUT DEFENDANTS (DRIVERSIDE) AND THE TWO OTHER DEFENDANTS (SERGEANT KNOWD, OFFICER ASSADE, MAUDSLEY, O'DOYLE, RAPP, SCANLON, SICILIANO, OR McCARTHY) WHO WAS IN

THE FIRST VEHICLE AFTER THE INITIAL STOP, THEN STATED GO TO THE BACK OF THE VEHICLE. PLAINTIFF STATED " FOR WHAT"? DEFENDANT (DRIVER SIDE) STATED "I WANT TO SEARCH THE VEHICLE, THEN YOU CAN GO". PLAINTIFF STATED " YOU STATED I CAN LEAVE AFTER THE PAT-FRISK, I'M NOT CONSENTING YOU TO SEARCH THE VEHICLE"! ALL THE DEFENDANTS ( LIEUTENANT KIVLEHAN, STYNE, KNOWD, MAUDSLEY, ASSADE, O'DOYLE, RAPP, SCANLON, SICILIANO, AND McCARTHY ) STATED IN UNISON "WE DON'T NEED YOUR PERMISSION TO SEARCH", THEN THE FIRST TWO (2) DEFENDANTS ( IN THE FIRST VEHICLE AFTER INITIAL STOP) (KNOWD, ASSADE, MAUDSLEY, O'DOYLE, RAPP, SCANLON, SICILIANO, OR McCARTHY ) GRABBED PLAINTIFF AND FORCEFULLY TOOK PLAINTIFF TO BACK OF THE VEHICLE, WHILE DEFENDANTS LIEUTENANT KIVLEHAN AND JOSEPH STYNE ENTERED THE VEHICLE TO SEARCH. DEFENDANT (DRIVER SIDE) BACK DRIVER SIDE DOOR, AND DEFENDANT (PASSENGER SIDE) FRONT PASSENGER SIDE DOOR. PLAINTIFF WAS PLACED ON THE REAR (BACK) BUMPER, ONCE BACK THERE PLAINTIFF STATED AGAIN "I'M NOT CONSENTING TO THIS SEARCH"!

    WHILE THE SEARCH OF THE INTERIOR OF THE VEHICLE WAS GOING ON, PLAINTIFF KEPT LOOKING BACK TO SEE INSIDE OF THE VEHICLE WHILE IT'S BEING SEARCHED BY DEFENDANTS LIEUTENANT KIVLEHAN AND JOSEPH STYNE. AT THIS TIME PLAINTIFF IS SURROUNDED BY (5) TO (6) OF THE DEFENDANTS ( KNOWD, ASSADE, MAUDSLEY, O'DOYLE, RAPP, SCANLON, SICILIANO, OR McCARTHY ) TWO (2) OF THE DEFENDANTS KEPT TRYING TO DISTRACT PLAINTIFF TO FACE FRONT AND NOT LOOK BEHIND HIM WHERE DEFENDANTS LIEUTENANT KIVLEHAN AND JOSEPH STYNE IS SEARCHING.. PLAINTIFF WAS TOLD " TURN AROUND AND

FACE FRONT". PLAINTIFF TOLD THE TWO (2) DEFENDANTS (KNOWD, ASSADE, MAUDSLEY, O'DOYLE, RAPP, SCANLON, SICILIAN, OR McCARTHY) THAT IM NOT TURNING AROUND, IM WATCHING THEM SEARCH." WHAT, IM NOT ALLOWED TO SEE WHAT THEY ARE DOING"? ONE (1) OF THE TWO (2) DEFENDANT STATED "NO, TURN THE FUCK AROUND OR WE GOING TO MAKE IT HARD FOR YOU"! PLAINTIFF STATED "AGAIN, IM WATCHING THEM SEARCH". AT THIS TIME DEFENDANT (DRIVER SIDE) ASKED "WHO MONEY IS THIS"? PLAINTIFF STATED "MINES"! DEFENDANT (DRIVER SIDE) STATED "HOW MUCH MONEY IS HERE"? AND "WHY YOU CARRYING SO MUCH MONEY"? PLAINTIFF STATED "ITS SEVEN THOUSAND DOLLARS $7000", "AND, I PLAN ON PURCHASING A VEHICLE IN THE MORNING. DEFENDANT (DRIVER SIDE) THEN PLACED IN ON HIS RIGHT SIDE, AND CONTINUED TO SEARCH THE VEHICLE, THEN ABOUT (2)-(3) MINUTES LATER HE YELLED SOMETHING AND ALL THE POLICE CONVERGED ON ME. AND GRABBED ME AND HANDCUFFED ME AND PLACED ME IN THE PATROL CAR.

WHILE IN PATROL CAR DEFENDANT LIEUTENANT KIVLEHAN AND JOSEPH STYNE GOT IN THE VEHICLE AND TOLD ONE OF THE DEFENDANTS (KNOWD, ASSADE, MAUDSLEY, O'DOYLE, RAPP, SCANLON, SICILIANO, OR McCARTHY) TO DRIVE THE VEHICLE PRECINCT, ONCE AT THE PRECINCT (48th). I WAS PROCESSED AND PLACED IN A HOLDING CELL. PLAINTIFF ASKED DEFENDANTS LIEUTENANT KIVLEHAN AND JOSEPH STYNE FOR COPIES OF MY VOCHERS FOR MY MONEY $7000 THAT WAS INSIDE OF A PAIR OF BLUE CARGO SHORTS, MY CELL PHONE AND EAR PIECE. PLUS A VOCHER FOR THE VEHICLE. PLAINTIFF

WAS TOLD "YOU WILL GET IT LATER", AND WAS PLACED IN THE HOLDING CELL. AROUND 2-3AM, WHILE IN THE 48th PCT HOLDING PEN, PLAINTIFF WAS INFORMED THAT SOMEONE WAS AT THE PRECIENT TO PICK UP MY PROPERTY. PLAINTIFF WAS SHOWED A ID OF A FEMALE FRIEND WHO PLAINTIFF INFORMED DEFENDANTS LIEUTENANT KIVLEHAN AND JOSEPH STYNE NOT TO RELEASE NONE OF MY PROPERTY TO NO ONE BUT MY WIFE, MOTHER OR OWNER OF VEHICLE (WARREN BETHA). DEFENDANT LIEUTENANT KIVLEHAN AND JOSEPH STYNE STATED "OKAY" AND LEFT. ABOUT ONE (1) HOUR OR SO LATER DEFENDANT (KNOWD, ASSADE, MAUDSLEY, O'DOYLE, RAPP, SCANLON, SICILIANO OR McCARTHY) CAME TO THE HOLDING PEN ASK PLAINTIFF TO STEP OUT AND STAND BY WALL AND WAS TOLD TO POSE WHILE DEFENDANT TOOK SIX (6) PERSONAL PICTURES OF PLAINTIFF. PLAINTIFF ASKED DEFENDANT (KNOWD, ASSADE, MAUDSLEY, O'DOYLE, RAPP, SCANLON, SICILIANO OR McCARTHY) WHAT WAS THE PICTURES FOR AND DEFENDANT STATED "HIM AND HIS PARTNERS IN THE ANTI-CRIME UNIT (BXACU)." WE HAVE A PERSONAL FOLDER THAT WE KEEP ALL OF THE PEOPLE WE ARREST".

AROUND 8-8:30AM, PLAINTIFF WAS TRANSFERED TO CENTRAL BOOKINGS BY TWO (2) DEFENDANTS (KNUWD, ASSADE, MAUDSLEY, O'DOYLE, RAPP, SCANLON, SICILIANO OR McCARTHY) WHO PLAINTIFF REPEATEDLY ASKED FOR ALL MY VOCHERS AND WAS DENIED, PLAINTIFF WAS TOLD BY THESE TWO (2) DEFENDANTS "YOU WILL GET IT IN COURT". WHICH IS NOT THE PROCEDURES.

NOW, DEFENDANTS LIEUTENANT KIVLEHAN, JOSEPH STYNE, KNOND, MAUDSLEY, ASSADE, O'DOYLE, RAPP, SCANLON, SICILIANO AND McCARTHY ALL VIOLATED PLAINTIFFS CONSTITUTIONAL RIGHTS BY SEARCHING AND HELP ASSISTING IN SEARCHING AND DETAINING PLAINTIFF WITHOUT A SEARCH WARRANT AND WITHOUT PLAINTIFFS CONTENT TO SEARCH VEHICLE. THE ONLY REASONS EACH DEFENDANT ABOVE FOUND IT NECESSARY TO PARTICIPATE IN DETAINING PLAINTIFF IN THE GUISE OF "INVESTIGATORY STOP" AND SEARCHING PLAINTIFFS PERSON AND THE VEHICLE WITHOUT A SEARCH WARRANT OR CONSENT IS PURELY RACIALLY MOTIVATED AND SELECTIVELY ENFORCED BY THESE DEFENDANTS.

EACH ONE OF THESE DEFENDANTS ABOVE HELPED ASSIST EACH OTHER IN A CLEAR VIOLATION OF UNREASONABLE SEARCH AND SEIZURE, FALSE ARREST, FALSE IMPRISONMENT, RACIAL PROFILING, RACIAL DISCRIMINATION, THEFT AND SELECTIVE ENFORCEMENT. UNDER THE 4th AND 14th AMENDMENT UNDER THE UNITED STATES CONSTITUTION OF AMERICA.

COMMISSIONER RAY KELLY DEFENDANT, AND DEFENDANT CAPTAIN CSAKANY WHO ORDERS THE DEFENDANTS ABOVE TO BE HELD ACCOUNTABLE OF THE NUMBERS AND QUOTA'S, AND TRAINING THE ABOVE DEFENDANTS TO DISREGARD ALL CONSTITUTIONAL STANDING, AND FABRICATE PAPERWORK AND TESTIMONIES. EACH ARREST DEALING WITH STOP AND FRISK SITUATION IS SUPPOSE TO BE EVALUATED DEFENDANT CAPTAIN CSAKANY HAD THE POWER TO DISMISS AND

RELEASE PLAINTIFF, WHEN HIS REVIEW OF THE FACTS OF THIS FALSE ARREST, FALSE IMPRISONMENT, UNREASONABLE SEARCH AND SEIZURE, THEFT, RACIAL PROFILING, RACIALDISCRIMINATION AND SELECTIVE ENFORCEMENT CAME ACROSS HIS DESK FOR HIS APPROVAL BUT INSTEAD DEFENDANT CHOSE TO JUST SIGN OFF AND DIS-REGARDED THAT FACTS, AND WITH THIS DISREGARD HELP ASSISTED IN THE VIOLATION ALSO.

III. INJURIES:

VIOLATION OF MY CONSTITUTIONAL RIGHTS, PAIN AND SUFFERING, EMOTIONAL DISTRESS, HUMILATION.

IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES:

E. CCRB, COMMISSION RAYMOND KELLY, NYPD

1. VIOLATION OF MY CONSTITUTIONAL RIGHTS, UNREASONABLE SEARCH AND SEIZURE, RACIAL PROFILING, RACIAL DISCRIMINATON THEFT, FALSE ARREST, FALSE IMPRISONMENT, SELECTIVE ENFORCEMENT.

V. RELIEF:

COURT TO ORDER THE NYPD TO PLACE IN ALL OF THEIR VEHICLES CAMERA'S THAT WILL BE ABLE TO RECORD ALL "TRAFFIC STOPS" AND "STOP AND FRISK" ENCOUNTERS. THE OFFICERS WHO ARE ON THE "BEAT." (STREET WALKERS) TO HAVE DIGITAL

RECORDERS, FOR THE TEN (10) BXACV OFFICERS WHO PARTICIPATED IN THIS UNREASONABLE SEARCH AND SEIZURE, FALSE ARREST, FALSE IMPRISONMENT, THEFT, RACIAL PROFILING, RACIAL DISCRIMINATION AND SELECTIVE ENFORCEMENT TO RETURN PLAINTIFF'S # 7000 (SEVEN THOUSAND DOLLARS) THAT WAS REMOVED FROM A PAIR OF BLUE CARGO SHORTS POCKET DURING THE ARREST. ALSO TO PAY MONETARY COMPENSATION OF 1.5 MILLION FOR EACH DEFENDANT WHO HELPED ASSISTED IN THE VIOLATION OF PLAINTIFFS CONSTITUTIONAL RIGHTS.

VI. PREVIOUS LAWSUITS:

  C. YES

  D.

   1. KEVIN WALKER, PLAINTIFF

    NYC DOC. COMMISSIONER ET AL;, DEFENDANTS

   2. SOUTHERN DISTRICT

   3.

   4. HONORABLE WILLIAM H. PAULEY III

   5. 2008

   6. NO.

   7. SETTLEMENT (2010)

I DECLARE UNDER PENALTY OF PERJURY THAT
THE FOREGOING IS TRUE AND CORRECT.

SIGNED THIS 3RD DAY OF JULY, 2012

Ms. Kevin Walker
#241 107692
1 Halleck Street
Bronx NY. 10474
PRO-SE

I DECLARE UNDER PENALTY OF PERJURY THAT ON
THIS 16th DAY OF JULY, 2012, I AM DELIVERING
THIS COMPLAINT TO PRISON AUTHORITIES TO BE
MAILED TO THE PRO-SE OFFICE OF THE UNITED
STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT
OF NEW YORK.

Ms. Kevin Walker

**CCRB Complaint Form- Cut out, Seal and Send**

FOR CCRB PURPOSE / PERSONNEL ONLY

Investigator: _____ · Team #: _____ · Date & Time: _____

f you would like to file a complaint against a member of the New York City Police Department, please answer the questions below. Anyone seeking redress for police misconduct, whether or not that person is a victim or witness to an incident can file a complaint. You need not be a US citizen or a New York City resident. The CCRB accepts complaints in any language and anonymous complaints.

Date and Time of the Incident: _Aug. 9th, 2011, Around 12:30 am_

Location of Incident (include Borough and Precinct): _906 East 178th St. Bronx NY. 48th pct._

Your Name (first and last name): _KEVIN WALKER_

Address: _3150 Broadway Apt # 19D_

Home Phone: [redacted]        Business Phone: [redacted]

Alternate Phone and/or e-mail address: _____

Victim's Full Name (victim may be yourself): _KEVIN WALKER_

Victim's Address: _3150 BROADWAY Apt #19D_

Home Phone: [redacted]        Business Phone: [redacted]

Alternate Phone or e-mail address: _____

Witness's Full Name: _ITS (2), but MY LAWYER HAS THERE NAMES_

Witness's Address: _906 EAST 178th St._

**Police Officer Information:** If you have none of the information requested below about any of the police officers involved, please provide a description of each officer (height, weight, race, sex, etc).

| Officer's Name | Precinct | Rank | Shield # | Tax # | RMP |
|---|---|---|---|---|---|
| Joseph Styne | 48th | Officer | | | |

_(9) JOHN DOES_
_INCLUDING_
_OFFICER STYNES PARTNER ALL FROM 48th PCT._

*A description of the conduct you believe is misconduct, with as many details as the space provides:*

_UNREASONABLE SEARCH AND SEIZURE, THEFT, RACIAL PROFILING,_
_AND DISCRIMINATION, HUMILIATION, ABUSE OF STOP AND FRISK_
_ORDER, ABUSE OF POWER. ON AUG. 9. 2011, AROUND 12:30 Am. I_
_WAS SITTING BEHIND THE STEERING WHEEL OF A WHITE FORD Expedition_
_ON THE CELLPHONE TEXTING, WHEN I WAS Approached By TWO WHITE_
_MALES, WITH THERE HANDS ON GUNS, WHICH LEAD ME TO BELIEVE THEY_

Signature: _Kevin Walker_        Date: _Oct. 4, 2011_        _SEE ATTACHED_

POLICE OFFICERS, they STARTED BANGING on the WINDOW FOR me to Roll the WINDOW DOWN, AFTER A Couple OF BANGS I opened the window half Way And JOSEPH STYNE OR HIS PARTNER started questioning me about being parked in the area. I TOLD the OFFICER why I WAS PARKED IN the AREA, And WHO I was going to See in the building that I was parked in FRONT OF. The OFFICER Repeatedly ASKED the Same question Which I gave the Same answers then he asked me For my name and where I Live, I TOLD Him my name and that I Live in HARLEM. I then ASKED the OFFICER what DID I DO WRONG? He SAID NOTHING So I Rolled the WINDOW UP, while Rolling the window up the OFFICER GRABBED the WINDOW and FORCED it back Down and stuck his hand in the vehicle and PRESSED the Unlock Button Which Allowed HIS PARTNER to Open the PASSENGER SIDE DOOR AND Roll the window Down while the OFFICER on the DRIVERS SIDE DID the Same.

　　　　To Sum it all up, I WAS Doing absolutely Nothing WRONG Sitting in a vehicle waiting For Some FRIENDS to come out the building, Which one OF them lived, and texting on the phone, and I WAS HARRASSED, Searched and

The vehicle searched and allegedly a weapon was recovered. After I repeatedly told all the officers that I Do not consent to A Pat-Frisk, But was Basically forced to participate. I was subdued by 5-6 officers to Allow the officers to Search the vehicle, Also, my money mysteriously no where to be Found, ($7000). That sums up the events somewhat.

Sincerly

CC: File

Mr. Kevin Walker
#241110769

Commissioner Kelly,

I'm writing you in reference to an illegal/false arrest that happen with members of your police force (BXACU). It is to my understanding that the Stop and frisk is being mandated from your office, and all officers are being held accountable for the low numbers so stop and frisk becomes the vehicle to address the low numbers. Mr. Kelly, what happens to a civilians U.S Constitutional Rights under the 4th Amendment, to be free of unreasonable search and seizures.

Whenever you make people accountable of numbers and Quota's there will always be some type of corruption within the department, blantant disregard to people's rights under the U.S Constitution.

Now, On Aug 9, 2011 around 12:30AM I became a victim of this blantant disregard for my constitutional Rights, because your officers are under pressure and feel the need to do whatever to make an arrest and meet the number accountable/Quota's that you mandate.

While sitting in a vehicle at 906 East 178th St. Bronx NY. Texting, Doing nothing else

but texting, I was subjected to the full disregard of not only proper police policy and procedures, but a disregard for the U.S. Constitutional Rights, plus U.S. Supreme Court Case Law that spells out the procedures through Debois Terry. I was questioned, when given the response to the questions, I was questioned more, I gave my license and the Registration and Insurance Card to the officers, I was force to continue to be questioned. at one point I rolled my window up cause I asked the officer did I do anything wrong and he responded no, so I rolled my window up and he forcefully rolled it down and unlocked the doors for his partner I was forced to be pat-frisked and I refused to consent to a full blown Search especially since no probable cause existed at all. Its a know fact that Anti-Crime Unit period follow its own procedures in Searching vehicles and people. I'm asking that you investigate & the events that happen on Aug 9. 2011, at 12:30 By BXACU. Thank you. Also investigate where is my money $7000, that was taken. Thank you.

Sincerly,

Mr. Kevin Walker

CC: File

Dated: Oct. 5. 2011

MR. Kevin Walker
#2411107692
1 Halleck Street
Bronx NY. 10474

11 CV 9610 (RWS)

Prose Office
United States District Court
Southern District of New York
500 Pearl Street
New York NY. 10007

To whom it may concern,

    Enclosed is an Amended Complaint
with all the John Doe's names that was
provided by Corparate Counsel.
    Thank you for your time in
the above.

MR. Kevin Walker
#2411107692

pro-se

Dated July 12, 2012

CC: File



Legal mail

Mr Kevin Miller
#2414
1 Hallock Street
Bronx NY 10414

RECEIVED
SDNY PRO SE OFFICE
2012 SEP 28 P 3: 23

Pro-Se Office
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

USDC SDNY

U.S. POSTAGE PAID
BRONX NY
SEP 17 16 '12
AMOUNT
$3.10
0003690F07

1000
10007